**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**PUBLISH**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

**January 28, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JOEL RUIZ,

    Defendant - Appellant.

No. 24-2128
(D.C. No. 1:22-CR-00365-DHU-1)
(D. N.M.)

_____

**ORDER**

_____

Before **HARTZ**, **TYMKOVICH**, and **McHUGH**, Circuit Judges.

_____

Appellant's *Petition for Panel Rehearing* is GRANTED to the extent of the

modifications in the attached revised opinion. The court's January 12, 2026 opinion is

withdrawn and replaced by the attached revised opinion, which shall be filed as of

today's date.

                    Entered for the Court

                    Per Curiam